## KENNEY, Trustee, *v.* EFFINGER.

IN ERROR TO THE SUPREME COURT OF APPEALS OF THE STATE OF VIRGINIA.

Argued November 10, 11, 1885.—Decided December 7, 1885.

A writ of error to a State court does not bring up for review a question of fact whether a contract was made with reference to Confederate notes.

This case was argued with the preceding case.

*Mr. W. B. Compton* for plaintiff in error.

*Mr. Jacob P. Effinger* in person.

MR. JUSTICE FIELD delivered the opinion of the court.

The writ of error brought by the trustee raises no Federal question which we can consider. Whether the bond of Effinger was or was not executed with reference to Confederate notes is a question of fact for the State court, and not one of law for this court.

*The writ is dismissed.*